```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
CARLY KACPROWICZ,

                Plaintiff,

    - against -

NEW YORK-PRESBYTERIAN HOSPITAL,

                Defendant.

22-cv-9548(JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The plaintiff may file an amended complaint by **January 27, 2023**. The defendant may move or answer by **February 17, 2023**. The plaintiff may respond by **March 10, 2023**. The defendant may reply thereafter by **March 20, 2023**.

If the defendant chooses to answer the amended complaint, the parties are directed to submit a Rule 26(f) report by **March 10, 2023**.

SO ORDERED.

Dated:    New York, New York
           January 20, 2023

                                                    John G. Koeltl
                                        United States District Judge