```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CARLY KACPROWICZ,

                Plaintiff,

  - against -

NEW YORK-PRESBYTERIAN HOSPITAL,

                Defendant.

22-cv-9548 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    By Order dated January 20, 2023, the plaintiff was granted leave to file an amended complaint by January 27, 2023. ECF No. 12. The plaintiff has not yet filed an amended complaint.

    The time for the plaintiff to file an amended complaint is extended to **February 28, 2023**. The defendant may move or answer by **March 18, 2023**. The plaintiff may respond by **April 10, 2023**. The defendant may reply thereafter by **April 20, 2023**.

SO ORDERED.

Dated:    New York, New York
             February 14, 2023

                                                John G. Koeltl
                                    United States District Judge