**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CARLY KACPROWICZ,

Plaintiff,

- against -

NEW YORK-PRESBYTERIAN HOSPITAL,

Defendant.

No. 22-CV-9548

**CORPORATE DISCLOSURE**
**STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant New York-Presbyterian Hospital, by its undersigned counsel, certifies that New York-Presbyterian Hospital is not a publicly traded company.

Dated:  February 21, 2023
      New York, New York

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:  _/s/ Emily A. Vance_

Michael E. Gertzman
Liza M. Velazquez
Gregory F. Laufer
Emily A. Vance
1285 Avenue of the Americas
New York, New York 10019-6064
Phone:  (212) 373-3096
Fax:  (212) 492-0096
mgertzman@paulweiss.com
lvelazquez@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com

_Attorneys for Defendant New York-Presbyterian Hospital_