UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLY KACPROWICZ,

                Plaintiff,

      - against -

NEW YORK-PRESYBYTERIAN HOSPITAL,

                Defendant.

22-cv-9548 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time for the plaintiff to respond to the pending motion to dismiss is extended to **May 22, 2023**. The defendants may reply thereafter by **June 1, 2023**. If the plaintiff does not file an opposition by May 22, 2023, the motion to dismiss will be decided on the current papers.

SO ORDERED.

Dated:    New York, New York
          May 8, 2023

                        John G. Koeltl
             United States District Judge